**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00882-CV

### IN RE TEXAS DEPARTMENT OF PUBLIC SAFETY, Relator

**Original Proceeding from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2013-1-0007**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable James C. Henderson, Judge of the County Court at Law No. 1, Grayson County, Texas, to **VACATE** his January 31, 2013 "Protective Order Regarding Certain Evidence, and Findings of Fact and Conclusions of Law Relative Thereto" to the extent it relates to any evidence in the possession of relator.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. We **ORDER** that relator recover its costs of this original proceeding from real party in interest.

/s/     DAVID LEWIS
         JUSTICE